# United States District Court
## Eastern District of Texas

Chester Stitts	Case # 9:17-CR-00011-RC

v	USM: 27117-078

United States of America

Date of Original Judgement: November, 16, 2017

Pro-Se

Order Regarding Motion for Sentence Reduction Under 18 U.S.C § 3582(C)(2)

Retro Active Effective Date: November 1, 2015

Upon motion of the defendent. Is asking for a sentence Reduction under 18 U.S.C § 3582(c)(2) for a Reduction in the term of imprisonment imposed based on a guideline sentencing Range that has subsequently been lowered and made Retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C § 3553(a), to the extent that they are applicable



Respectfully Submitted,

Chester Stitts # 27117-078
Federal Correctional Institution-med
PO Box 3000-med
Forrest City, Ark
72336

Chester Stitts #27117-078
Federal Correctional Institution - medium
PO Box 3000 - medium
Forrest City, Ark 72336

Legal Mail
=



Honorable: Judge Ron Clark
Eastern District of Texas
350 Magnolia, Suite 117
Beaumont, Texas
77701