United States
v
Chester Stitts

Honorable Judge
Judge Ron Clark

CASE # 9:17-CR-00011-RC-KFG-1

18 U.S.C. 3582(c)(1)(A) Motion to Reduction of Sentence "Compassionate Release Due to Compelling or Extraordinary Circumstances Covid 19

I

On April 3, 2020 Attorney General Barr sent out a memorandum to the Director of the BOP that directed the BOP Director to review all inmates with risk factor that put them at greater risk of the Covid 19 and transfer them to home confinement.

The CDC has said that the following groups of people are at higher risk of severe illness from the Covid 19. People of all ages with underlying medical conditions particularly if not well controlled:

- people with chronic lung disease or moderate to severe Asthma
- people who have heart condition
- people with severe obesity (body mass index of 40 or higher
- people with diabetes
- people with liver disease
- people with chronic kidney disease undergoing dialysis
- people who are immunocopromised (many conditions can cause a person to be immunocopromised, immune deficiency, poor controlled HIV or AIDS, prolonged use of corticosteroid and other immune weakening medication, smoking ect.

## II

The Coronavirus Disease 2019 is spreading in all parts of the United States including its prisons ther is no vaccine or cure for this Deadly disease. The CDC Recommends protecting oneself from the disease by frequent handwashing, frequent sterilzins of sofaces, and individuals remaing at a distance of at least six feet from each other it is impossible to do that at this facility. There is and has been staff and inmates here with the covid 19

## III

AG Barr named FCI Oakdale, FCI Danbery, FCI Elkra FCI Yazoo, FCI Butner, FCI Forrest City as facilite where the Covid 19 is rapidly spreading. I put in a request to the warden for compassny release on or about APR 16 2020 and to this day I havent gotten a responce. I am asking this court to reduce my sentence I was sentened to do time not die in prison at the time I signed for time the court could not have forseen these extraordinary or compelling circumstance. I beleave warrant consideratio for Time Cut.

## IV

P.S. 5050.50 Inmate may file directly to court

After 30 day receipt of request by Worden or After exhaustion of Administrative Remidies

## IV

I ask this court to please consider this motion. The Covid 19 is one of the worst Dieases to ever hit the World And there is no end in sight people all over the world are Dieing

Thank you
Name: Chester Stitts
# 27117-078

4.7 million people Have the covid 19 in the United States And even more world wide with no cure insight

Chester Stills-27117-078
Forrest City - Med
P.O. Box 3000
Forrest City, AR
72336

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 14 2020
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

Eastern District of Texas
350 Magnolia, Suite 117
Beaumont, Texas
77701

→ Att Judge Clark

not in this bundle