***NOT PRINTED FOR PUBLICATION***

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## LUFKIN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **CASE NO. 9:17-CR-11** |
| | § | |
| **CHESTER RAY STITTS, JR.** | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### ON DEFENDANT'S MOTION FOR RELEASE

The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge, for consideration of Defendant's motion for compassionate release (Doc. No. 45).  On September 29, 2020, Judge Giblin issued his Report and Recommendation (Doc. No. 49).  Judge Giblin recommended that the Court deny Mr. Stitts' motion seeking release.

Mr. Stitts received the report on October 7, 2020 (Doc. No. 50).  The parties have not filed objections to date.  The Court **ORDERS** that the Report (Doc. No. 49) is **ACCEPTED**.  The Court incorporates Judge Giblin's findings and recommended disposition in support of this order.  Defendant Chester Ray Stitts, Jr.'s motion for compassionate release (Doc. No. 45) is **DENIED**.

**So Ordered and Signed**

Nov 6, 2020

_____
Ron Clark
Senior Judge